CR 18 00504

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 17 2018 ★

BROOKLYN OFFICE

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Yehuda Belsky, also known as "Jay Bell"</u>

2. Related Magistrate Docket Number(s): _____

3. Arrest Date: <u> TBD </u>

    ROSS, J.

4. Nature of offense(s):  ☒ Felony

    KUO, M.J.

    ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): <u>None</u>

6. Projected Length of Trial:   Less than 6 weeks   ☒

    More than 6 weeks   ☐

7. County in which crime was allegedly committed: ~~Kings and Nassau~~ Kings    *Sup 9/17/18*
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☐Yes  ☒ No

9. Has this indictment/information been ordered sealed?   ☒ Yes  ☐ No

10. Have arrest warrants been ordered?   ☒ Yes  ☐No

11. Is there a capital count included in the indictment?   ☐Yes  ☒ No

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

By: *Sarah Wilson Rocha*

Sarah Wilson Rocha
Trial Attorney
(718) 254-6366

_____

[1]  Judge Brodie will not accept cases that were initiated before March 10, 2012.

Rev. 10/04/12