# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America        NOTICE OF APPEARANCE

-v-         Docket Number: 18-504

__Yehuda Belshy__         Judge: Ross
Defendant.        Date: 9/26/18

PLEASE NOTICE, that I have been RETAINED by __Yehuda Belshy__ the above named defendant. I was admitted to practice in this district on __2006__.

Signature: _____

Print Name: Evan Lipton

Bar Code: ELL-1338

Office Address: Meister, Seelig + Fein
125 Park Ave, NY NY 10017

Telephone #: 212 655 3512

(917 664-4815)
↳ please do not put cell on pocket

*** NOTICE TO ATTORNEY ***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.

**Within 20 days you must submit to the Clerk of the Court a good standing certificate from at least one of the states in which you are admitted to practice. (See amended Rule 1 of the joint Crminal Rules of the Eastern and Southern Districts of New York.)