

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

WSK/ABS:SWR
F. #2018R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 1, 2018

<u>By Mail and ECF</u>
Evan L. Lipton, Esq.
Henry E. Mazurek, Esq.
Meister Seelig & Fein LLP
125 Park Avenue
7th Floor
New York, NY 10017

   Re: United States v. Yehuda Belsky
     <u>Criminal Docket No. 18-00504 (ARR)</u>

Dear Counsel:

  Enclosed please find one disc (the "Production") containing additional discovery materials in the above-referenced case. The Production has been encrypted, and the password will be sent to you separately by email. The contents of the Production are set forth below.

  The Production includes folders containing the following documents, which are labeled accordingly:

1) Additional copies of the Defendant's February 21, 2018 transcript and related exhibits (DOJ_18CR504_000478 through DOJ_18CR504_000927);

2) Financial records from Citizens Bank and JPMorgan Chase (DOJ_18CR504_000928 through DOJ_18CR504_001851);

3) Records from Interactive Brokers, LLC (BYBJ-IB-0000000001 through BYBJ-IB-0000000278);

4) Records from Scottrade, Inc. (BYBJ-Scottrade-0000000001 through BYBJ-Scottrade-0000000006);

    5) Registration Records from the National Futures Association (DOJ_18CR504_001852 through DOJ_18CR504_002030);

    6) Records from Newswire (DOJ_18CR504_002031 through DOJ_18CR504_002065);

    7) Financial records from Coney Island Payroll and Reliable Check Cashing (DOJ_18CR504_002066 through DOJ_18CR504_002181); and

    8) Corporate Records from the New York Department of State (DOJ_18CR504_002182 through DOJ_18CR504_002184).

* * *

The government hereby renews its request for reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also renews its request that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also renews its request that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby renews its demand for written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses

upon whom the defendant intends to rely in establishing the defense identified in any such notice.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney

By: /s/ Sarah Wilson Rocha
      Sarah Wilson Rocha
      Trial Attorney
      (718) 254-6366

Enclosures

cc:    Clerk of the Court (ARR) (by ECF) (without enclosures)