CRIMINAL CAUSE FOR STATUS CONFERENCE:

BEFORE: ROSS, U.S.D.J     NOV. 27, 2018     TIME: 2:30pm

CR-18-504(ARR)

DEFT NAME: **Yehuda Belsky**     #
    X present     ___ not present     ___ cust.     x bail

DEFENSE COUNSEL: **Evan Lipton**
    X present     ___ not present     ___ CJA     x RET.     ___ LAS

A.U.S.A.: **Andrew Estes for Sarah Rocha**     CLERK: D. LaSalle

REPORTER: Linda Danelczyk     Other:

INT: (LANG.- )

- X    CASE CALLED.    x    DEFT APPEARS WITH COUNSEL.
- ___ DEFT APPEARS WITHOUT COUNSEL.
- ___ COUNSEL PRESENT WITHOUT DEFT.
- ___ STATUS CONF/HRG FOR DEFT ADJ'D TO _____.
- ___ STATUS CONF/HRG FOR DEFT HELD.
- ___ JURY SELECTION SET FOR _____ ---
- ___ BEFORE J. ROSS    ___ PARTIES CONSENT TO MAGISTRATE.
- ___ TRIAL SCHEDULED FOR _____.

- X    **SPEEDY TRIAL** INFO FOR DEFT    ___ STILL IN EFFECT
        CODE TYPE T    START 11/27/18    STOP 1/18/19
   x    ORDER / & FILED.    ___ ENT'D ON RECORD.

- ___ STATUS CONF/HRG CONT'D TO _____.
- x    FURTHER STATUS CONFERENCE SET FOR 1/18/19 @ 11:30am.

DEFT ___ SWORN    ___ ARRAIGNED ___ INFORMED OF RIGHTS
        ___ WAIVES TRIAL BEFORE DISTRICT COURT

- ___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS. _____ OF THE (Superseding) INDICTMENT / INFORMATION.
- ___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
- ___ SENTENCING TO BE SET BY PROBATION.

OTHER: _____