

Meister Seelig & Fein LLP

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 17 2019 ★
BROOKLYN OFFICE

DF

Evan L. Lipton
Partner
Direct (212) 655-3517
Fax (212) 655-3535
ell@msf-law.com

April 15, 2019

By ECF
Hon. Allyne R. Ross
United States District Court Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Application granted.
So ordered.
/s/(ARR)
USDJ
4/16/19

Re: *United States v. Yehuda Belsky*, 18 Cr. 504 (ARR)

Dear Judge Ross:

    I write on behalf of Yehuda Belsky to request the temporary modification of his conditions of pretrial release to allow him to attend a Passover retreat with his extended family, to be held from April 22 through April 27, 2019, at a hotel in Sullivan County. I have communicated these requests to Pretrial Services (Officer Moore) and the government (AUSA Wilson-Rocha), and they do not object. (The name and address of the hotel has been provided to Pretrial Services and the government and is omitted from this public filing for privacy reasons.)

                           Respectfully yours,

                           /s/ELL
                         Evan L. Lipton
                    Counsel for Yehuda Belsky

Cc: Sarah Wilson-Rocha
     *Assistant United States Attorney*

    Ramel Moore
    *United States Pretrial Services Officer*

    (by email)