

**Meister Seelig & Fein LLP**

DF

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 8 - 2019 ★

BROOKLYN OFFICE

Evan L. Lipton
Partner
Direct (212) 655-3517
Fax (212) 655-3535
ell@msf-law.com

July 2, 2019

**By ECF**
Hon. Allyne R. Ross
United States District Court Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Granted. So ordered.
/s/(ARR) USDJ

Re: *United States v. Yehuda Belsky*, 18 Cr. 504 (ARR)

Dear Judge Ross:

I write on behalf of Yehuda Belsky to request the modification of his conditions of pretrial release to permit to travel to Rockland and Sullivan Counties on notice to Pretrial Services. Both the government (A.U.S.A Rocha) and Pretrial Services (Officer Moore) consent to this application. The reason for this request is to permit Mr. Belsky to accompany his wife and young children for short trips out of the city during the summer months.

Thank you for consideration. I am available to provide any additional information you may require.

Respectfully yours,

/s/ ELL

Evan L. Lipton

Cc: Sarah Wilson-Rocha
Assistant United States Attorney

Ramel Moore
United States Pretrial Services Officer

(by ECF and Email)

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com