

MSF
Meister Seelig & Fein LLP

*Evan L. Lipton*
*Partner*
*Direct (212) 655-3517*
*Fax (212) 655-3535*
*ell@msf-law.com*

August 9, 2019

By ECF
Hon. Allyne R. Ross
United States District Court Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

*Application granted.*
*So ordered.*
*S/ Allyne R. Ross*
*8/12/19*

Re:     *United States v. Yehuda Belsky*, 18 Cr. 504 (ARR)

Dear Judge Ross:

I write on behalf of Yehuda Belsky, with the consent of the government (A.U.S.A. Sarah Rocha) and pretrial services (Officer Ramel Moore) to request the temporary modification of Mr. Belsky's conditions of pretrial release to permit him to **travel to Niagara Falls, New York, from Tuesday, August 13 through Thursday, August 15, 2019**. If this application is approved, Mr. Belsky will submit a precise itinerary to pretrial services prior to the proposed travel.

Thank you for consideration. I am available to provide any additional information you may require.

Respectfully yours,

/s/ ELL
Evan L. Lipton

Cc:     Sarah Wilson-Rocha
Assistant United States Attorney

Ramel Moore
United States Pretrial Services Officer

(by ECF and Email)