

Evan Lipton
Partner
Direct Dial (212) 655-3517
Fax Number (212) 655-3535
ell@msf-law.com

October 17, 2019

By ECF
Hon. Allyne R. Ross
United States District Court Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Yehuda Belsky*, 18 Cr. 504 (ARR)

Dear Judge Ross:

    I write on behalf of Yehuda Belsky, with the consent of the government (A.U.S.A. Sarah Rocha) to request a one month adjournment of the sentencing in this matter, which is currently scheduled for November 13, 2019. I am informed by A.U.S.A. Rocha that she has another sentencing scheduled for December 13, 2019. Accordingly, I respectfully request that this matter be scheduled during the week of December 16, 2019, or at any time convenient to the Court thereafter. The reason for this application is that counsel requires additional time to gather materials relevant to the sentencing submission.

    Thank you for consideration of this request.

                      Respectfully yours,

                      /s/ ELL
                      Evan L. Lipton

Cc:    Sarah Wilson-Rocha
        Assistant United States Attorney

        Ramel Moore
        United States Pretrial Services Officer

        (by ECF and Email)