
Meister Seelig & Fein LLP

*Evan L. Lipton*
*Partner*
*Direct Dial (212) 655-3517*
*Fax Number (212) 655-3535*
*ell@msf-law.com*

November 22, 2019

By ECF
Hon. Allyne R. Ross
United States District Court Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *United States v. Yehuda Belsky*, 18 Cr. 504 (ARR)

Dear Judge Ross:

I write on behalf of Yehuda Belsky, with the consent of the government (A.U.S.A. Sarah Wilson-Rocha), to respectfully request a final adjournment of the sentencing hearing in this case, from the present date of December 17, 2019, to a date in early January, 2020 that is convenient to the Court.[1] The reason for this request is to allow the parties to resolve outstanding factual and restitution issues prior to submission of sentencing papers. The government is in the process of responding to several specific inquiries that I expect will enable us to resolve these issues and to ensure that all relevant information is properly before the Court at the time of sentence. Additionally, this brief adjournment will likely avoid bifurcating the determination of restitution from the sentencing proceeding and will make more efficient use of the Court's time.

Thank you for consideration of this request.

                                  Respectfully yours,

                                  /s/ ELL
                                 Evan L. Lipton

Cc:    Sarah Wilson-Rocha
        Assistant United States Attorney

        Ramel Moore
        United States Pretrial Services Officer

        (by ECF and Email)

---

[1] I am informed by A.U.S.A. Wilson-Rocha that she is available any day except for January 8. Defense counsel is available any day except for January 15.

125 Park Avenue, 7th Floor, New York, NY 10017 | Phone (212) 655-3500 | Fax (212) 655-3535 | meisterseelig.com