

Evan L. Lipton
*Partner*
*Direct (212) 655-3517*
*Fax (212) 655-3535*
*ell@msf-law.com*

December 13, 2019

By ECF
Hon. Allyne R. Ross
United States District Court Judge
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

          Re:    *United States v. Yehuda Belsky*, 18 Cr. 504 (ARR)

Dear Judge Ross:

I write on behalf of Yehuda Belsky to request the following modifications of his conditions of pretrial release. This application is made with the consent of the government (A.U.S.A. Sarah Wilson-Rocha) and pretrial services (Officer Ramel Moore).

(1) Mr. Belsky is currently working as a driver for a car service. His travel is presently restricted to the Southern and Eastern Districts of New York and he has declined several customers who wish to travel to New Jersey. We request permission for Mr. Belsky to travel to the District of New Jersey for employment purposes. All trips are logged, and Mr. Belsky will provide a copy of the log to pretrial services.

(2) Mr. Belsky requests permission to attend a wedding in Lakewood, New Jersey on December 17, 2019 from approximately 7:00 p.m. to 11:00 p.m. If permission is granted, he will provide the address of the event to pretrial services in advance of the proposed travel.

Thank you for consideration of these requests.

Respectfully yours,

/s/ ELL
Evan L. Lipton

Cc:    Sarah Wilson-Rocha
        Assistant United States Attorney

        Ramel Moore
        United States Pretrial Services Officer

        (by ECF and Email)