# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X

M█████ L████████

                    Plaintiff(s),                          Index No. 650889/2017

        -against-                                          AFFIDAVIT OF SERVICE

YEHUDA L. BELSKY, et al,

                    Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                              S.S.:
COUNTY OF NEW YORK)

        DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 24th day of February, 2017, at approximately 8:48 AM, deponent served a true copy of the Summons, Verified Complaint, and Notice of Commencement of Action Subject to Mandatory Electronic Filing upon YEHUDA L. BELSKY at █████████████, Brooklyn, New York, by personally delivering and leaving the same with YEHUDA L. BELSKY at that address. At the time of service, deponent asked YEHUDA L. BELSKY whether he is in active military service or dependent upon someone in active military service for the United States of America or for the State in any capacity whatever and received a negative reply.

        YEHUDA L. BELSKY is a white male, approximately 45 years of age, stands approximately 6 feet 1 inches tall, weighs approximately 200 pounds with black hair.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
24th day of February, 2017

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 2018