**CRIMINAL CAUSE FOR TELEPHONE CONFERENCE:**

BEFORE: ROSS, U.S.D.J        JAN. 03, 2020        TIME: 3:00pm

CR-18-504

DEFT NAME: **Yehuda Belsky**                          #
    X present  ___ not present  ___ cust.  x bail

DEFENSE COUNSEL: **Evan Lipton & Henry Mazurek**
    x present  ___ not present  ___ CJA  x RET.  ___ LAS

A.U.S.A.: **Sarah Wilson Rocha**          CLERK: D. La Salle

REPORTER: Michelle Nardone                Other: ___

INT:  (LANG.- ___ )

| | |
|---|---|
| X | CASE CALLED.   x DEFT APPEARS WITH COUNSEL. |
| ___ | DEFT APPEARS WITHOUT COUNSEL. |
| ___ | COUNSEL PRESENT WITHOUT DEFT. |
| ___ | STATUS CONF/HRG FOR DEFT ADJ'D TO ___ . |
| ___ | STATUS CONF/HRG FOR DEFT HELD. |
| ___ | JURY SELECTION SET FOR ___ --- |
| ___ | BEFORE J. ROSS   ___ PARTIES CONSENT TO MAGISTRATE. |
| ___ | TRIAL SCHEDULED FOR ___ . |

___ **SPEEDY TRIAL** INFO FOR DEFT  ___ STILL IN EFFECT
    CODE TYPE___ START___ STOP___
    ___ ORDER / WAIVER EXECUTED & FILED.  ___ ENT'D ON RECORD.

___ STATUS CONF/HRG CONT'D TO___ .
___ FURTHER STATUS CONFERENCE SET FOR___ .

DEFT ___ SWORN   ___ ARRAIGNED   ___ INFORMED OF RIGHTS
    ___ WAIVES TRIAL BEFORE DISTRICT COURT

___ DEFT **WITHDRAWS** NOT GUILTY PLEA AND ENTERS **GUILTY PLEA** TO CTS.___ OF THE (Superseding) INDICTMENT / INFORMATION.
___ COURT FINDS FACTUAL BASIS FOR THE PLEA.
___ SENTENCING TO BE SET BY PROBATION.

OTHER:

Parties to advise the Court by 1/17/2020 that the issue of restitution has been resolved, If not, parties are to submit their briefs on the the issue that day.