

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JN/ABS:SWR
F. #2018R00196

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 16, 2020

By ECF
The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Yehuda Belsky
                  Criminal Docket No. 18-CR-00504 (ARR)

Dear Judge Ross:

      The government respectfully submits this letter to update the Court regarding restitution in the above-referenced matter. At the January 3, 2020 phone conference, the Court directed the parties to advise the Court if the restitution issues had been resolved, and if not, to submit briefs on the issue by January 17, 2020.

      Although the parties have not resolved all of the restitution issues, we have made meaningful progress and have reached agreement on the restitution amount for one of the victims. We are continuing to discuss the remaining five victims, and are in the process of verifying facts and documentation regarding several of them.

      Therefore, we ask the Court for an extension of the January 17, 2020 deadline to enable the parties to continue to work towards resolution. The parties request that we

advise the Court of the parties' progress or submit briefing on the issue by January 24, 2020. Defense counsel joins in this request.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney
        Eastern District of New York

By:   /s/ Sarah Wilson Rocha
       Sarah Wilson Rocha, Trial Attorney
       Fraud Section, Criminal Division
       U.S. Department of Justice

cc:    Evan L. Lipton, Esq.
       Henry E. Mazurek, Esq.